# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ESSENCE JACKSON, <br><br> Plaintiff, <br><br> v. <br><br> SHELL CHEMICAL LP, <br><br> Defendant. | CIVIL ACTION NO. 22-004478-CG-N |

## DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT

Defendant Shell Chemical LP hereby moves to dismiss without prejudice all claims in Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6). Or, in the alternative, for a more definite statement pursuant to Rule 12(e). This motion is based upon the memoranda of law filed pursuant to S.D. Ala. CivLR 7, and all of the files, records and proceedings herein.

Respectfully submitted,

Date: May 1, 2023                  By: <u>s/ *Chelsea J. Bodin*</u>
                                                    Pablo Orozco (*pro hac vice* forthcoming)
                                                    MN Reg. No. 0396811
                                                    Chelsea J. Bodin (*pro hac vice* pending)
                                                    MN Reg. No. 0400006
                                                    NILAN JOHNSON LEWIS PA
                                                    250 Marquette Avenue South, Suite 800
                                                    Minneapolis, MN 55401
                                                    Telephone: (612) 305-7500
                                                    Fax: (612) 305-7501
                                                    porozco@nilanjohnson.com
                                                    cbodin@nilanjohnson.com

                                                    ATTORNEYS FOR DEFENDANT