August 04, 2023

To Whom It May Concern:

I am requesting a motion for additional time to reply to the request for dismissal served to me on the grounds that I had to retain an attorney. He was denied pro hac admittance on July 12, 2023, and I have called 8-10 attorneys. Several attorneys have set up delayed meetings or requested more information.

I am requesting 30 days after the date of my upcoming meeting/appointment with an attorney scheduled for August 17, 2023. I am also requesting my file from the EEOC, allowing time for the EEOC processing and for the attorney to evaluate claims. If you have any questions or concerns, please contact me at (504)-236-1678.

Sincerely,

Essence A. Jackson

