**PALMER LAW, LLC**
104 23rd Street South, Suite 100
Birmingham, AL 35233
(205) 285-3050

August 3, 2023

Ms. Essence Jackson

SENT VIA E-Mail

Re:     Your potential legal claims

Dear Ms. Jackson:

      Thank you for selecting me for your inquiry regarding your legal claims. I understand you have already filed claims with the District Court of the Southern District of Alabama and are in need of representation, including to respond to pending motions. In order to evaluate your claims, I would like to meet with you to discuss your claims and review your file. I have also asked attorney Heather Leonard to join in this discussion. The earliest dates we are both available are August 17 and 18. I currently have you scheduled for August 17th, 10:30 am via Zoom, given your location in Louisiana.

      You will need to request your FOIA file from the EEOC immediately. This information is necessary for a thorough evaluation of your claims. The EEOC can take up to <u>20 business days</u> to issue you the FOIA file. Because you have already filed a lawsuit in this matter, the EEOC will require a copy of that suit before issuing you any information. You can find instructions on requesting your EEOC file at https://www.eeoc.gov/eeoc/foia/requests.cfm. You can request your file by letter, fax, online, or in person at the Birmingham district office.

      One week before we meet, please e-mail any documentation you have related to your claims. **<u>At this point, I do not yet represent you</u>**. After meeting, my firm and Heather Leonard's firm will review your potential case in detail and make a determination as to whether we can accept your case. Please be patient because the review process can take time (potentially up to thirty (30) days after our meeting). After I have met with you and reviewed the information concerning this matter, within thirty days, I will tell you whether or not I will be able to handle your case.

Sincerely,

_____
Leslie Palmer