# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

ESSENCE JACKSON,

    Plaintiff,

v.

SHELL CHEMICAL LP,

    Defendant.

Case No. 1:22-cv-00478-TFM-N

## DEFENDANT'S NOTICE OF NON-OPPOSITION

On September 5, 2023, Plaintiff Essence Jackson filed her Motion for Leave to Amend Complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, requesting the Court enter an order permitting her to amend her complaint consistent with the Amended Complaint attached to her Motion as Exhibit 1. (Dkt. 37, 37-1). Defendant Shell Chemical LP hereby advises the Court that it does not oppose the granting of Plaintiff's Motion.

Respectfully submitted,

Date: September 19, 2023     By: s/ *Chelsea J. Bodin*
        Pablo Orozco (admitted *pro hac vice*)
        MN Reg. No. 0396811
        Chelsea J. Bodin (admitted *pro hac vice*)
        MN Reg. No. 0400006
        NILAN JOHNSON LEWIS PA
        250 Marquette Avenue South, Suite 800
        Minneapolis, MN 55401
        Telephone: (612) 305-7500
        Fax: (612) 305-7501
        porozco@nilanjohnson.com
        cbodin@nilanjohnson.com

        ATTORNEYS FOR DEFENDANT