# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

ESSENCE JACKSON,

    Plaintiff,

  v.

SHELL CHEMICAL LP,

    Defendant.

CIVIL ACTION NO. 22-00478-TFM-N

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that the undersigned counsel hereby requests the Court remove Pablo Orozco as counsel of record for Defendant Shell Chemical LP. Defendant will continue to be represented by Chelsea J. Bodin of Nilan Johnson Lewis PA.

Date: April 4, 2024

NILAN JOHNSON LEWIS PA

By: s/ *Pablo Orozco*
Pablo Orozco (admitted *pro hac vice*)
MN Reg. No. 0396811
Chelsea J. Bodin (admitted *pro hac vice*)
MN Reg. No. 0400006
250 Marquette Avenue South, Suite 800
Minneapolis, MN 55401
Telephone: (612) 305-7500
Fax: (612) 305-7501
porozco@nilanjohnson.com
cbodin@nilanjohnson.com

ATTORNEYS FOR DEFENDANT

4855-0049-9889